UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TOBY WELTY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-01460-SMY-SCW |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BRACCO DIAGNOSTICS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## BRACCO DIAGNOSTICS INC.'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rule of Civil Procedure, Defendant Bracco Diagnostics Inc. ("BDI"), by and through undersigned counsel, hereby discloses that BDI's parent corporation is Bracco U.S.A. Inc. No corporation owns 10% or more of BDI stock.

1

        BAKER STERCHI COWDEN & RICE, L.L.C.

        /s/ *Michael B. Hunter*
        Michael B. Hunter #6239177
        100 N. Broadway, 21st Floor
        St. Louis, Missouri 63102
        T: (314) 345-5000
        F: (314) 345-5055
        *mhunter@bscr-law.com*

        and

        Thomas N. Sterchi (to be admitted pro hac vice)
        Paul S. Penticuff (to be admitted pro hac vice)
        BAKER STERCHI COWDEN & RICE, L.L.C.
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        Phone: (816) 471-2121
        Fax: (816) 472-0288
        *sterchi@bscr-law.com*
        *penticuff@bscr-law.com*

        **ATTORNEYS FOR DEFENDANT BRACCO DIAGNOSTICS INC.**

## CERTIFICATE OF SERVICE

       I certify that I served a copy of the above and foregoing this 29th day of August, 2018, by filing the same with the Clerk of Court, which will transmit notice of the filing to all counsel of record.

Edward A. Wallace
Andrew D. Welker
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
*Attorneys for Plaintiff*

Thomas J. Palazzolo
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
*Attorneys for Defendant McKesson Corporation*

                                               /s/    *Michael B. Hunter*